UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| RICKIE MONROE HOLIFIELD, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-cv-105-ACL |
| ) | |
| MISSISSIPPI COUNTY SHERIFF'S ) | |
| OFFICE JAIL ADMINSTRATOR, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In accordance with the Memorandum and Order entered herewith,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this _20th_ day of September, 2019.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE